UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 13, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:25-mj-00089-MJS |
| | : | |
| v. | : | |
| | : | |
| EMILY GABRIELLA SOMMER, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers or Employees) |
| Defendant. | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 8, 2025, within the District of Columbia, **EMILY GABRIELLA SOMMER**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Edward R. Martin, who was engaged in, and on account of, his official duties.

**(Assaulting, Resisting, or Impeding Certain Officers or Employees)**, in violation of Title 18, United States Code, Section 111(a)(1))

JEANNINE FERRIS PIRRO
Attorney of the United States in
and for the District of Columbia

*/s/ Gauri Gopal*

BY: GAURI GOPAL
CHIEF, FEDERAL MAJOR CRIMES

A TRUE BILL:

FOREPERSON