## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on March 13, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 25-cr-00164 |
| v. | |
| EMILY GABRIELLA SOMMER, | VIOLATIONS: |
| | 18 U.S.C. § 111(a)(1) |
| | (Assaulting, Resisting, or Impeding |
| Defendant. | Certain Officers or Employees) |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 8, 2025, within the District of Columbia, **EMILY GABRIELLA SOMMER**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Edward R. Martin, who was engaged in, and on account of, his official duties.

**(Assaulting, Resisting, or Impeding Certain Officers or Employees)**, in violation of Title 18, United States Code, Section 111(a)(1))

### COUNT TWO

On or about May 22, 2025, within the District of Columbia, **EMILY GABRIELLA SOMMER**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Jeffrey Martin, who was engaged in, and on account of, his official duties.

**(Assaulting, Resisting, or Impeding Certain Officers or Employees)**, in violation of Title 18, United States Code, Section 111(a)(1))

### COUNT THREE

On or about May 22, 2025, within the District of Columbia, **EMILY GABRIELLA SOMMER**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Megan Kim, who was engaged in, and on account of, her official duties.

**(Assaulting, Resisting, or Impeding Certain Officers or Employees)**, in violation of Title 18, United States Code, Section 111(a)(1))

Jeanine Ferris Pirro
Attorney of the United States in
and for the District of Columbia

*Gauri Gopal*

By: Gauri Gopal
Chief, Federal Major Crimes

A TRUE BILL:


FOREPERSON.