UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )  | |
| v. ) | No. 25-cr-164 (JMC) |
| **EMILY SOMMER** ) | |

**OPPOSITION TO GOVERNMENT'S OMNIBUS MOTIONS *IN LIMINE***

On July 23, 2025, the government filed their omnibus Motions *in Limine* seeking several requests from the Court. *See* ECF 28 (Gov. Om. MIL). Some of these motions are simply inflammatory and designed only to prejudice the Court against defense counsel, and all are premature and do not present any live issue for the Court to address.

*First*, counsel for Ms. Sommer, just like government counsel, understand the rules of evidence and their obligations as officers of the Court. Additionally, it is not clear what the government is even seeking as they are objecting prematurely to hypothetical scenarios. If the government has a legitimate basis for an objection during opening statements, cross examination, or closing arguments, they can raise it at the appropriate time.

*Second*, the government has the burden to prove at trial that each individual was either an officer or official and was working in their official capacity at the time of the alleged assault. Portions of the interview outside of those identified by the government may be relevant to one or more of these questions. The government seeks to prematurely limit defense counsel's opportunity to challenge the government's evidence and put the government to its burden at trial.

**CONCLUSION**

As all of the government's requests in their Motions *in Limine* are either inflammatory or premature and the Court should deny each motion.

1

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
DIANE SHREWSBURY
ALEXIS GARDNER
Assistant Federal Public Defenders
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500