UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | No. 25-CR-164 (JMC) |
| **EMILY SOMMER** | : | |

## CONSENT MOTION TO CONTINUE PRETRIAL DEADLINES

Ms. Emily Sommer, through undersigned counsel, asks the Court to continue the reply and exhibit list deadlines to August 6, 2025 and the exhibit list objections to August 8, 2025. Counsel for Ms. Sommer has been ill over the last few days and needs additional time to complete the replies and finalize the exhibit list. The government consents to this brief extension which will still get everything to the Court at least a few days prior to the pretrial conference. For the reasons herein, Ms. Sommer respectfully moves the Court to continue the reply and exhibit list deadlines to August 6, 2025 and the exhibit list objections to August 8, 2025.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Diane Shrewsbury*
Diane Shrewsbury
Alexis Morgan Gardner
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500