# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:25-cr-164 (JMC) |
| v. : | |
| : | |
| EMILY GABRIELLA SOMMER, : | |
| : | |
| *Defendant.* : | |

## UNOPPOSED MOTION TO LATE FILE A MOTION

The United States of America, through the undersigned counsel, respectfully moves this Honorable Court to permit the late filing of the Government's Motion for a pretrial order finding authentic and provisionally admitting at trial self-authenticating records pursuant to Rule 902 of the Federal Rules of Evidence. After the deadline for the filing of *motions in limine*, the Government received records from X (formerly Twitter), which the Government may seek to admit at Trial pursuant to Rule 902. The Government also recognized that it would be prudent to provide, in the same motion, notice of its intent to admit certain self-authenticating sealed and signed public documents also pursuant to Rule 902. Defense counsel, Diane Shrewsbury, Esq., informed the undersigned that the Defense does not oppose the late filing of the government's motion.

                          Respectfully submitted,

                          JEANINE F. PIRRO
                          UNITED STATES ATTORNEY
                          NY Bar Number 1387455

By:    /s/ Jacob M. Green
        JACOB M. GREEN
        Assistant United States Attorney
        MA Bar Number 706143
        601 D Street NW
        Washington, D.C. 20530
        (202) 803-1617
        Jacob.green3@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 1:25-cr-164 (JMC)** |
| **v.** : | |
| : | |
| **EMILY GABRIELLA SOMMER,** : | |
| : | |
| *Defendant.* : | |

## **ORDER**

Upon consideration of the Government's *Motion to Late File a Motion*, there being no opposition, and for good cause shown, it is hereby

ORDERED that the Government's motion is GRANTED. It is further

ORDERED that the Government is permitted to late file.

IT IS SO ORDERED this _____ day of _____, 2025.

_____
THE HONORABLE JIA M. COBB
UNITED STATES DISTRICT JUDGE